IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| BRANDON KIEFT,<br>    *Plaintiff,* § § § | |
| v. § | NO. MO:22-CV-00144 |
| § | |
| PILOT WATER SOLUTIONS LLC AND §<br>PWS EMPLOYEECO LLC, §<br>    *Defendants.* § § | |

### FINAL ORDER OF DISMISSAL

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(1) and the Parties' Joint Notice of Dismissal with Prejudice (Doc. 48) filed July 17, 2023.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same. No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 18th day of July, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE